# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

### CIVIL RIGHTS COMPLAINT

Anna Sullivan
_____,
Plaintiff(s),
(Full name(s); Do not use *et al.*)

v.

Kim Kardashian
North West
Kanye West
Khloe Kardashian
Natalie Halcro
Olivia Pierson
Alani Anthony
Defendant(s)

(Full name(s) and capacity, e.g., official capacity, individual capacity, or official and individual capacitites) (Do not use *et al.*)

Case No. _____
(To be supplied by the court)

NOV 22 2024 PM 3:20
FILED-USDC-CT-HARTFORD

## A. PARTIES

1. Anna Sullivan (Plaintiff) is a citizen of Connecticut (State) who presently resides at 211 Girard Ave Hartford, CT 06105 (mailing address)

2. Defendant Kim Kardashian (name of first defendant) is a citizen of ~~Connecticut~~ California (State)

whose address is _____,

and who is employed as _____.
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ____Yes __✓__No. If your answer is "Yes," briefly explain:

_____

_____

3. Defendant _____ is a citizen of _____
                (name of second defendant)                                   (State)

whose address is _____

and who is employed as _____
                      (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ____Yes ____No. If your answer is "Yes," briefly explain:

_____

_____

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

    _____ 42 U.S.C. § 1983 (applies to state defendants)

    _____ **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

2

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

$1 Trillion or entire net worth

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** _____

_____

_____

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

**Claim II**: _____

_____

_____

Supporting Facts:

**Claim III**: _____

_____

_____

Supporting Facts:

## E. REQUEST FOR RELIEF

I request the following relief:

$1 trillion or entire net worth

Arrest

## F. JURY DEMAND

Do you wish to have a jury trial? Yes _____   No ✓

_____   _____
Original signature of attorney (if any)   **Plaintiff's Original Signature**

Anna Sullivan
_____   _____
Printed Name   Printed Name

( )_____   800 692-4147  211 Girard Ave
Attorney's full address and telephone   Plaintiff's full address and telephone  Hartford, CT 06105

_____   _____
Email address if available   Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  Hartford, CT   on  11/21/24  .
              (location)              (date)

_____
**Plaintiff's Original Signature**

(Rev. 3/21/16)